**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| JOHNATHAN ROBINS, | : No. 631 MAL 2018 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| MICHAEL WARD AND GENERAL | : |
| MANAGER OF DELAWARE COUNTY | : |
| DEPARTMENT OF PUBLIC WELFARE, | : |
| | : |
| Respondent | : |

## **ORDER**

**PER CURIAM**

 **AND NOW**, this 13th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.